IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRELLIS M. DILLON-JOHNSON,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-1016-O |
| **FEDERAL HOME LOAN MORTGAGE ASSOCIATION, et al.,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that all of Plaintiff's claims against Defendant Federal Home Loan Mortgage Corporation, listed as Federal Home Loan Mortgage Association, are **DISMISSED without prejudice**.

**SO ORDERED** on this **19th day** of **June, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE