IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRELLIS M. DILLON-JOHNSON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-1016-O |
| FEDERAL HOME LOAN MORTGAGE ASSOCIATION, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that, Plaintiff's claims against Defendant Justice of the Peace, Precinct 1, Place 2, Dallas County are **DISMISSED** without prejudice and this case be closed.

**SO ORDERED** on this **1st day** of **October, 2012.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE